IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Santos, | No. CV-19-02660-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

On August 19, 2020, Magistrate Judge Deborah F. Fine issued a Report and Recommendation ("R&R") recommending Petitioner Miguel Santo's Second Amended Petition seeking a federal writ of habeas corpus (Doc. 8) be denied and dismissed with prejudice. (Doc. 22). Petitioner has not filed any objections and the time to do so has long since passed. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 22) is **ACCEPTED AND ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Second Amended Petition for Writ of Habeas Corpus (Doc. 8) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** that a Certificate of Appealability be denied because dismissal of the Second Amended Petition (Doc. 8) is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

1   **IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly
2   and close this matter.
3       Dated this 24th day of February, 2021.

_____
Honorable Diane J. Humetewa
United States District Judge